UNITED STATES DISTRICT COURT
SOUTHREN DISRICT OF WEST VIRGINIA



Jack E. Vance
    Plaintiff

V.                                                     Civil Action No. 1:16-12296

William Lightner
    Defendant

## CIVIL COMPLAINT

Bail Bondsman William Lightner went across Virginia State line to bring the Plaintiff Jack E. Vance back to the State of West Virginia.

## STATEMENT OF CLAIM

I Jack E. Vance claim that on September 2, 2005 Bail Bondsman William Lightner came to Harrisonburg Virginia to bring me Jack E. Vance back to West Virginia, the Bail Bondsman William Lightner put me in handcuffs then Bail Bondsman William Lightner took me to the Regional jail in Randolph County, West Virginia. Bail Bondsman William Lightner was not licensed in the State of Virginia to extradite fugitives. In February 2016 I received a letter from the Commonwealth of Virginia Department of Criminal Justice Service, the said letter stated that Bail Bondsman William Lightner is not licensed in the State of Virginia.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 15th 2016            Jack E Vance
                    Date:                                             Signature:

## RELEIF SOUGHT

I Jack E. Vance move this Honorable Court to **ORDER** William Lightner to pay me the sum of Fourteen Million Dollars.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Civil Complaint and a true copy letter from the Commonwealth of Virginia Department of Criminal Justice Service was mailed on this 15th day of December 2016 to:

Clerk of United States District Court
Room 2303
601 Federal St
Bluefield, WV 24701

                                                                            Jack E. Vance
                                                                            50 Court St
                                                                            Welch, WV 24801

                                                                            *Jack E. Vance* (signature)



# COMMONWEALTH of VIRGINIA

*Department of Criminal Justice Services*

Francine C. Ecker
Director

1100 Bank Street
Richmond, Virginia 23219
(804) 786-4000
TDD (804) 786-8732

Exhibit A

February 18, 2016

Jack Earl Vance
#3404752
Northern Correctional Facility
112 Northern Regional Correctional Drive
Moundsville, WV 26041

RE: Freedom of Information Request § 2.2-3700 et seq

Dear Mr. Vance:

The Department of Criminal Justice Services (DCJS) is in receipt of your request regarding records and a verification of licensure.

After a thorough search of our database, our records indicate the following:

- William Lightner is not currently licensed, nor has even been issued a license in the past, with the Department of Criminal Justice Services.

Thank you for your inquiry.

Sincerely,

Francine C. Ecker
Director

Criminal Justice Services Board • Committee on Training • Advisory Committee on Juvenile Justice and Prevention
Advisory Committee to the Court Appointed Special Advocate and Children's Justice Act Programs
Advisory Committee on Sexual and Domestic Violence • Private Security Services Advisory Board
www.dcjs.virginia.gov